# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRACE ALBANESE,<br><br>  Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>  Defendant. | Case No. 2:17-cv-01808-APG-GWF<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 2) |

On January 11, 2018, Magistrate Judge Foley entered a report and recommendation that I deny plaintiff Grace Albanese's application to proceed in forma pauperis and dismiss her complaint because the complaint is frivolous and duplicative of numerous other cases she has filed in this District. ECF No. 2. Albanese did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 2) is accepted**. Plaintiff Grace Albanese's application to proceed in forma pauperis **(ECF No. 1) is DENIED** and the complaint is DISMISSED with prejudice.

DATED this 2nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE